# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| LASHONDA LEWIS § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-00093-S-BK |
| § | |
| COMMISSIONER, SOCIAL SECURITY § | |
| ADMINISTRATION § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 25. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act [ECF No. 24] is **GRANTED. IT IS ORDERED** that Plaintiff is awarded attorney's fees in the amount of $5,928.64, payable within thirty (30) days to:

>Lashonda Lewis
>c/o Michael T. Kelly
>Morgan & Weisbrod
>PO Box 821329
>Dallas, TX 75243.

**SO ORDERED.**

SIGNED September 27, 2022.

*[signature]*

**UNITED STATES DISTRICT JUDGE**